FILED
2026 Aug-25 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| REGIONS BANK<br>*Plaintiff(s)*<br>v.<br>BENEDORTSE, LLC<br>*Defendant(s)* | Civil Action No. 2:26-CV-01504-AMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BENEDORTSE, LLC
c/o Registered Agent Capitol Services, Inc.
108 Lakeland Avenue
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Fowlkes
Maynard Nexsen PC
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
Phone: (205) 254-1000
Email: bfowlkes@maynardnexsen.com

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK
*CLERK OF COURT*

Date: 08/25/2026

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203